# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILKERSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMBE INCORPORATED; COMBE PRODUCTS, INC.; COMBE LABORATORIES, INC.; COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD, and WALGREENS CO.<br><br>    Defendants. | Case No. 4:21-CV-05859-YGR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO NOTICE OF VOLUNTARY DISMISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Kenneth Wilkerson, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Dated: September 28, 2021

        /s/ Trevor B. Rockstad
        Trevor B. Rockstad (CA Bar No. 277274)
        **Davis & Crump, P.C.**
        2601 14th Street
        Gulfport, Mississippi 39501
        Telephone: 228.863.6000
        Facsimile: 228.864.0907
        trevor.rockstad@daviscrump.com

        *Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/30/2021